**AFFIDAVIT**

1.      My name is Gregory Arthur Baker, an Attorney Advisor with the United States Small Business Administration, and I am submitting the following affidavit in support of the response by the United States of America in the cases of Barbara Murray and James Faller.  The information set forth below is based on my best recollection of the matters discussed.

2.      From May 1998 to June 2000, I worked for government contractor CACI, Inc., assigned as a Senior Paralegal on a litigation support contract with the United States Attorney's Office in West Palm Beach, Florida.

3.      During that time I provided litigation support and document management exclusively on the case of the United States vs. Richard Adam, James Faller, Barbara Murray, et al and reported to Senior Assistant United States Attorney James G. McAdams and Assistant United States Attorney James Hopkins.

4.      As part of my document management duties, I was responsible for assisting in making case documents and other evidence obtained during the course of the Government's investigation and prosecution available to counsel representing Defendants Faller and Murray.

5.      I recall at least three or four occasions when counsel for James Faller visited the United States Attorney's Office in West Palm Beach, Florida for extended periods of the day for the purpose of reviewing and copying case documents in the Government's possession.

6.      I recall one or two occasions in which Barbara Murray's counsel, Michael Pasano, visited the United States Attorney's Office in West Palm Beach, Florida for a

1

relatively short time for the purpose of reviewing and copying case documents in the Government's possession. I remember at least two or three other occasions in which a private investigator employed by Mr. Pasano visited the office for the same pupose.

7. I recall that on one occasion in 1998, the first time I met Faller's counsel, they asked me for police reports obtained from European police authorities. I did not present those documents for their inspection at that time on the grounds that the Government's position was that those documents represented probable Jencks material. I recall that those particular documents were all made available to Faller's and Murray's counsel at some point soon thereafter in the discovery process.

8. All documents or other evidence of which I had possession and for which I was responsible for managing in the course of the investigation and prosecution of the case, whether obtained from foreign countries or within the United States, was made available to all opposing counsel during the investigation and prosecution of the case and, in any event, prior to the trial of the case in 2000.

**FURTHER AFFIANT SAYETH NAUGHT.**


Date: _____

_____
GREGORY ARTHUR BAKER

Sworn to and subscribed before me this _____ of October, 2006. Affiant is personally known to me and did take an oath.

_____

2