UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60544-CIV-RYSKAMP
MAGISTRATE JUDGE P.A. WHITE

BARBARA ANN MURRAY,                  :

      Movant,                        :

v.                                   :          ORDER

UNITED STATES OF AMERICA,            :

      Respondent.                    :
_____

     This Cause is before the Court upon a clerical error in this case. DE#45, is a paperless order granting DE#43, a motion to expand page limits. This case is no longer referred to Magistrate Patrick White, and was entered in error. It is thereupon

     ORDERED AND ADJUDGED that the Clerk vacate the Order DE#45.

     DONE AND ORDERED at Miami, Florida, this 25th day of April, 2007.

                         S/ Patrick A. White
                       UNITED STATES MAGISTRATE JUDGE

cc:  Barbara Ann Murray
     8 James Lane
     West Port, CT 06880

     Lauren Jorgensen, Esq.
     AUSA West Palm Beach
     Attorney of Record