UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-60544-Ryskamp/Torres
(Criminal case 97-cr-06063-KLR)



FILED by ___ D.C.

SEP 1 3 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

BARBARA ANN MURRAY
    Movant,

vs.

UNITED STATES OF AMERICA
    Respondent.

_____/

## MOTION FOR RULING OF VOID AB INITIO PROCEEDINGS DUE TO FRAUD UPON THE COURT
*******

    Comes now Barbara Murray who respectfully requests the Court to grant her Motion for that the entirety of the proceedings are void ab inito due to fraud upon the Court. At all times the judicial officer Judge Kenneth Ryskamp was a witness to the matters raised in this action who not only failed to disclose this to Ms. Murray, but also failed to voluntarily recuse. Ms. Murray was never given the opportunity to have neutral and detached juridical officers in this action. She attaches a memorandum in support of her motion.

Respectfully Submitted

*Barbara Ann Murray*

Barbara Ann Murray, Pro Se
P.O. Box 3121
Westport, CT. 06880
(203) 222-0472

### CERTIFICATE OF SERVICE

I certify that I have sent a true and correct copy of the foregoing on September 10,  2012.
Lauren Jorgenson
United States Attorney's Office
500 South Australian Ave., Suite 4th Floor
West Palm Beach, Florida 33401

*Barbara Ann Murray*

Barbara Ann Murray, Pro Se